[No. 25851-0-II. Division Two. June 22, 2001.]

LAUREEN RENE, ET AL., *Appellants*, v. DAVID MEYER, *Individually and as a Kitsap County Deputy*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-13423-0, Bruce W. Cohoe, J., entered March 31, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26230-4-II. Division Two. June 22, 2001.]

*In the Matter of the Detention of* E.H.H.

THE STATE OF WASHINGTON, *Respondent*, v. E.H.H., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-6-00704-3, Terry D. Sebring, J., entered July 11, 2000. *Dismissed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 46851-1-I. Division One. June 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD LAWRENCE BRAZIER, *Defendant*, DAVID EARL ELLIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06248-3, Anthony P. Wartnik, J., entered May 23, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 47064-7-I. Division One. June 25, 2001.]

BARBARA CARBAJAL, *Respondent*, v. EDDIE SMITH, *Appellant*.

Appeal from judgments of the Superior Court for Snohomish County, No. 00-2-04434-6, Thomas J. Wynne and Anita L. Farris, JJ., entered July 11 and 26, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Baker and Cox, JJ.